UNITED STATES of America,
Plaintiff–Appellee

v.

Tammy Diane RICHARDS,
Defendant–Appellant.

No. 07–50383
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 28, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Jeffrey D. Parker, Belton, TX, for Defendant–Appellant.

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Tammy Diane Richards appeals her sentence following her guilty plea conviction for possessing stolen mail and forging an endorsement on a United States Treasury check. Because her plea agreement con-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

---

tained a waiver of appeal waiving her right to appeal her sentence on any ground, including any right conferred by 18 U.S.C. § 3742, and because the rearraignment transcript shows that her waiver of appeal was knowing and voluntary, her appeal is barred. *See United States v. McKinney,* 406 F.3d 744, 746–47 (5th Cir.2005).

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.